**Exhibit A to the Complaint**

**Location:** New York, NY  
**Total Works Infringed:** 36

**IP Address:** 108.41.122.180  
**ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | A0465780DCBBC2217BE01452ED41B8D4CDA1D7B6 | 03/17/2025 03:51:19 | TushyRaw | 03/08/2025 | 03/25/2025 | PA0002521739 |
| 2 | E103D6CEDC3371E7783E32D934136A2B3B60B4C1 | 03/16/2025 19:09:35 | TushyRaw | 02/26/2025 | 03/25/2025 | PA0002521737 |
| 3 | 6040B3D6686A81C0BE221CFBE332E974109008E1 | 03/16/2025 19:07:20 | Tushy | 02/23/2025 | 03/28/2025 | PA0002522498 |
| 4 | 3ffa7ac1fac7a0c2c5c3aaef9614bfae87ab25e3 | 03/16/2025 19:06:28 | Blacked | 01/07/2023 | 01/27/2023 | PA0002393078 |
| 5 | 76144A6BAB6B53FF15D3069E8862F129F0010F31 | 03/16/2025 18:53:04 | TushyRaw | 01/27/2025 | 02/18/2025 | PA0002516148 |
| 6 | 68CF98E0E56C8FE9C29CA0B2012644D1A7B7F540 | 03/16/2025 18:51:08 | Tushy | 01/27/2025 | 02/18/2025 | PA0002515936 |
| 7 | C03D106BADABC128B0EFB4E3CF004AD100D30442 | 03/16/2025 18:48:25 | Tushy | 02/16/2025 | 02/18/2025 | PA0002515913 |
| 8 | 8D458E15CCD6D6FB239F36C1623768986EE898E9 | 03/16/2025 18:48:11 | Tushy | 03/09/2025 | 03/28/2025 | PA0002522491 |
| 9 | 0509BAEE25AE7D37605AF1E85F88E18B5B469F9B | 03/16/2025 18:48:10 | Tushy | 03/02/2025 | 03/28/2025 | PA0002522493 |
| 10 | 398FAADECAFA1B987ECE60D6546DA293DE3722E3 | 03/16/2025 18:43:02 | Blacked Raw | 07/22/2024 | 08/14/2024 | PA0002484878 |
| 11 | 200EF960B5BCC611C1DB3DFAF8EB1AE5C05B00C8 | 03/16/2025 18:43:00 | TushyRaw | 02/06/2025 | 02/18/2025 | PA0002515899 |
| 12 | DE4BFE82EF3EA0236BBFFB3527743A1A3B4B0CDF | 03/16/2025 18:42:41 | Blacked Raw | 04/27/2019 | 07/05/2019 | PA0002206379 |
| 13 | 92661a719a933567e07f4d43704c8e287055ff57 | 01/27/2025 18:37:57 | Tushy | 01/12/2025 | 01/16/2025 | PA0002509628 |
| 14 | d27ad69740e864db378a76a9906d64d54e5dd4ba | 01/27/2025 17:54:00 | TushyRaw | 12/10/2024 | 12/13/2024 | PA0002506275 |
| 15 | 88382d032118d4d965a0b25a05371b169afd5a86 | 01/27/2025 17:52:41 | TushyRaw | 07/09/2024 | 07/16/2024 | PA0002480606 |
| 16 | f9292fac0f74e5c8105d6f9461959b9b73768e29 | 01/27/2025 17:51:34 | Tushy | 12/01/2024 | 12/13/2024 | PA0002506317 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 3c7b023340db0a1fdc1ef9acd55dea3e3b120bb5 | 01/27/2025 17:51:11 | Tushy | 12/15/2024 | 01/16/2025 | PA0002509284 |
| 18 | 16532c1256f1d8936c056a44aaecf4e274b576eb | 01/27/2025 17:51:00 | Blacked Raw | 03/13/2019 | 04/17/2019 | PA0002186977 |
| 19 | 239498bf6323164e6e36a7c25c1d151c331def66 | 01/27/2025 17:50:47 | TushyRaw | 03/19/2024 | 04/12/2024 | PA0002465215 |
| 20 | 1f83c96a293d2ce71746f5be40b362b062aa8555 | 01/27/2025 17:50:11 | Tushy | 03/03/2024 | 03/12/2024 | PA0002459337 |
| 21 | 28eaca5fb9e36d62eb2455ca72d35d048f4c73d6 | 01/27/2025 17:49:33 | Tushy | 10/29/2023 | 11/13/2023 | PA0002439637 |
| 22 | 83be87794b9676f1f08aece1299afa00d4ecda92 | 01/27/2025 17:49:11 | TushyRaw | 12/03/2024 | 12/13/2024 | PA0002506319 |
| 23 | 47b34c001144f107bdc947898c4537779222f95d | 01/27/2025 17:48:21 | Tushy | 11/17/2024 | 12/13/2024 | PA0002506267 |
| 24 | a085b82d358ead8fce62902bbcf6032cb3d6b494 | 01/27/2025 17:47:14 | Tushy | 01/09/2022 | 01/17/2022 | PA0002330112 |
| 25 | 2091d96c2a022e64e0ae5995086d0df7427a2663 | 01/27/2025 17:46:39 | Tushy | 12/10/2023 | 01/16/2024 | PA0002449506 |
| 26 | DB9CB633F78295DB9AC92C9866B67735FFBA452F | 01/27/2025 17:45:28 | Blacked | 09/16/2023 | 10/18/2023 | PA0002435289 |
| 27 | 223d4db0ecfa99b84c7510af336d48c5494e3df7 | 01/27/2025 17:44:49 | Blacked | 08/08/2018 | 09/01/2018 | PA0002119598 |
| 28 | 2183a04caa754a18e65976e5d85680c2defc408a | 01/27/2025 17:44:44 | Blacked | 05/23/2024 | 06/18/2024 | PA0002476881 |
| 29 | eb2c2b87f0169030f3e58859c1b22128dddc5653 | 01/27/2025 17:44:32 | TushyRaw | 01/07/2025 | 01/16/2025 | PA0002509654 |
| 30 | 1c9ef4f47c9df31fc3fcbf658c0b811b1899f89c | 01/27/2025 17:44:24 | Blacked Raw | 07/01/2018 | 07/26/2018 | PA0002112161 |
| 31 | 10508219c8e02f2f96c7e2f669d8794b553a8c6d | 01/27/2025 17:43:42 | TushyRaw | 12/31/2024 | 01/16/2025 | PA0002509650 |
| 32 | 695e9d83615b5a13bfefc26f58a2d42a0b2ff802 | 01/27/2025 17:43:37 | Milfy | 12/04/2024 | 12/13/2024 | PA0002506316 |
| 33 | 2d76edc0d7767792ea2ca7c21e390abac5a9b00d | 01/27/2025 17:42:46 | Milfy | 12/11/2024 | 12/13/2024 | PA0002506277 |
| 34 | 8870fbe66352919ae685a58752b2cb031d8c61d4 | 01/27/2025 17:42:21 | TushyRaw | 10/29/2024 | 11/18/2024 | PA0002500903 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 77663D1F0D782A76233EE0B8C2932EEFEB5DACED | 01/27/2025 17:41:15 | Tushy | 10/08/2023 | 10/18/2023 | PA0002435597 |
| 36 | 3F2BF7D5260E4A3CF6B29FFF8DC354F99795A0D7 | 01/27/2025 17:40:35 | Tushy | 12/22/2024 | 01/16/2025 | PA0002509285 |